

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Pedro Lopez, | § | No. 08-16-00239-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D05658) |
| | § | |

**O R D E R**

Pending before the Court is a motion to withdraw filed by Appellant's retained attorney to withdraw from the case due to non-payment of his fee, and a motion to declare Appellant indigent for purposes of appeal. We previously granted a motion filed by Appellant's attorney asking that the case be remanded to the trial court for a hearing to determine whether Appellant wished to prosecute the appeal. Our order requires the trial court to determine whether Appellant is entitled to the appointment of counsel on appeal. No action will be taken on counsel's motion to withdraw or the motion for appointment of counsel until after the trial court has conducted the hearing and filed the findings of fact and conclusions of law as directed in our order dated June 28, 2017.

IT IS SO ORDERED this 21st day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.